**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2531**

———————

CURTIS L. WRENN,

Plaintiff - Appellant,

versus

HARVEY S. WASSERMAN,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge; Walter E. Black, Jr., Senior District Judge. (CA-88-1413-B)

———————

Submitted: March 12, 1996        Decided: March 28, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis L. Wrenn, Appellant Pro Se. Harvey Saul Wasserman, COHEN, GREENE & WASSERMAN, Edgewater, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order, following trial, entering judgment for Defendant upon the finding that Appellant had not established either legal malpractice or defamation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wrenn v. Wasserman</u>, No. CA-88-1413-B (D. Md. July 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>